FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1

| Case No.: | 18-91144-BHL | Trustee Name: | Charity S. Bird |
|---|---|---|---|
| Case Name: | HOELTKE, JEREMY DALE | Date Filed (f) or Converted (c): | 08/03/2018 (f) |
| For the Period Ending: | 10/21/2018 | §341(a) Meeting Date: | 09/12/2018 |
| | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1995 GMC Sierra 1500 216000 miles | $424.00 | $0.00 | | $0.00 | FA |
| 2 | Household goods and furnishings | $800.00 | $0.00 | | $0.00 | FA |
| 3 | Sports equipment, cameras, bicycles and other hobby equipment | $300.00 | $0.00 | | $0.00 | FA |
| 4 | Wearing Apparel | $400.00 | $0.00 | | $0.00 | FA |
| 5 | Jewelry | $50.00 | $0.00 | | $0.00 | FA |
| 6 | Cash on hand | $20.00 | $0.00 | | $0.00 | $20.00 |
| 7 | Checking Account Centra Credit Union | $100.00 | $0.00 | | $0.00 | $100.00 |
| 8 | Savings Account Centra Credit Union | $10.00 | $0.00 | | $0.00 | $10.00 |
| 9 | State Farm child | $200.00 | $0.00 | | $0.00 | FA |
| 10 | 2018 Prorated Federal Tax Refund (u) | $2,236.00 | $2,236.00 | | $0.00 | $2,236.00 |

**TOTALS (Excluding unknown value)**

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| | $4,540.00 | $2,236.00 | | $0.00 | $2,366.00 |

Initial Projected Date Of Final Report (TFR): 06/30/2019    Current Projected Date Of Final Report (TFR):    /s/ CHARITY S. BIRD
CHARITY S. BIRD