FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| Case No.: | 18-91144-BHL | Trustee Name: | Charity S. Bird |
| --- | --- | --- | --- |
| Case Name: | HOELTKE, JEREMY DALE | Date Filed (f) or Converted (c): | 08/03/2018 (f) |
| For the Period Ending: | 03/31/2019 | §341(a) Meeting Date: | 09/12/2018 |
| | | Claims Bar Date: | 01/22/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  1995 GMC Sierra 1500 216000 miles | $424.00 | $0.00 | | $0.00 | FA |
| 2  Household goods and furnishings | $800.00 | $0.00 | | $0.00 | FA |
| 3  Sports equipment, cameras, bicycles and other hobby equipment | $300.00 | $0.00 | | $0.00 | FA |
| 4  Wearing Apparel | $400.00 | $0.00 | | $0.00 | FA |
| 5  Jewelry | $50.00 | $0.00 | | $0.00 | FA |
| 6  Cash on hand | $20.00 | $0.00 | | $0.00 | FA |
| 7  Checking Account Centra Credit Union | $100.00 | $0.00 | | $0.00 | FA |
| 8  Savings Account Centra Credit Union | $10.00 | $0.00 | | $0.00 | FA |
| 9  State Farm child | $200.00 | $0.00 | | $0.00 | FA |
| 10  2018 Prorated Federal Tax Refund    (u) | $2,236.00 | $2,236.00 | | $4,845.00 | $0.00 |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
| --- | --- | --- | --- | --- |
| $4,540.00 | $2,236.00 | | $4,845.00 | $0.00 |

Initial Projected Date Of Final Report (TFR):    06/30/2019        Current Projected Date Of Final Report (TFR):        /s/ CHARITY S. BIRD
                                                                                                                   CHARITY S. BIRD

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-91144-BHL | | Trustee Name: | Charity S. Bird |
| --- | --- | --- | --- | --- |
| Case Name: | HOELTKE, JEREMY DALE | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7412 | | Checking Acct #: | ******1144 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/3/2018 | | Blanket bond (per case limit): | $48,364,291.00 |
| For Period Ending: | 03/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/28/2019 | | IRS | 2018 federal tax refund intercept | * | $4,845.00 | | $4,845.00 |
| | {10} | | Estate portion of federal tax refund  $2,945.12 | 1224-000 | | | $4,845.00 |
| | {10} | | Debtor's portion of federal tax refund  $1,899.88 | 1280-000 | | | $4,845.00 |
| | | | TOTALS: | | $4,845.00 | $0.00 | $4,845.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $4,845.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $4,845.00 | $0.00 | |

| For the period of 8/3/2018 to 03/31/2019 | | For the entire history of the account between 03/28/2019 to 03/31/2019 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $4,845.00 | Total Compensable Receipts: | $4,845.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,845.00 | Total Comp/Non Comp Receipts: | $4,845.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |   | | |
|---|---|---|---|---|
| Case No. | 18-91144-BHL | | Trustee Name: | Charity S. Bird |
| Case Name: | HOELTKE, JEREMY DALE | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7412 | | Checking Acct #: | ******1144 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/3/2018 | | Blanket bond (per case limit): | $48,364,291.00 |
| For Period Ending: | 03/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $4,845.00 | $0.00 | $4,845.00 |

**For the period of 8/3/2018 to 03/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $4,845.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,845.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/03/2018 to 03/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $4,845.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,845.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ CHARITY S. BIRD

CHARITY S. BIRD