UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 18-91144-AKM-7 |
| | § | |
| JEREMY DALE HOELTKE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Charity S. Bird, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $2,304.00 |
| Total Distributions to Claimants: | $2,122.32 | Claims Discharged Without Payment: | $15,812.42 |
| Total Expenses of Administration: | $822.80 | | |

3) Total gross receipts of $4,845.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,899.88 (see **Exhibit 2**), yielded net receipts of $2,945.12 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| **Priority Claims:** |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $822.80 | $822.80 | $822.80 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $18,573.45 | $6,942.71 | $6,942.71 | $2,122.32 |
| **Total Disbursements** | $18,573.45 | $7,765.51 | $7,765.51 | $2,945.12 |

4). This case was originally filed under chapter 7 on 08/03/2018. The case was pending for 17 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/14/2020                              By: /s/ Charity S. Bird
                                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2018 Prorated Federal Tax Refund | 1224-000 | $4,845.00 |
| **TOTAL GROSS RECEIPTS** | | $4,845.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| JEREMY HOELTKE | Exemptions | 8100-002 | $1,899.88 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $1,899.88 |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Charity S. Bird, Trustee | 2100-000 | NA | $736.28 | $736.28 | $736.28 |
| Charity S. Bird, Trustee | 2200-000 | NA | $86.52 | $86.52 | $86.52 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $822.80 | $822.80 | $822.80 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | $2,192.00 | $2,192.54 | $2,192.54 | $670.24 |
| 2 | IMC CREDIT | 7100-000 | $5,389.42 | $4,750.17 | $4,750.17 | $1,452.08 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | SERVICES, LLC. |  |  |  |  |  |
|  | Advanced Pain Management | 7100-000 | $135.00 | $0.00 | $0.00 | $0.00 |
|  | Allied Collections | 7100-000 | $5,000.00 | $0.00 | $0.00 | $0.00 |
|  | Community Health Network | 7100-000 | $318.12 | $0.00 | $0.00 | $0.00 |
|  | First Financial Bank | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
|  | Frank Anderson Tire | 7100-000 | $732.50 | $0.00 | $0.00 | $0.00 |
|  | Indiana Emergency Profeesionals | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
|  | Indiana Emergency Profeesionals | 7100-000 | $671.00 | $0.00 | $0.00 | $0.00 |
|  | Indiana Emergency Profeesionals | 7100-000 | $471.00 | $0.00 | $0.00 | $0.00 |
|  | Indiana Emergency Profeesionals | 7100-000 | $449.00 | $0.00 | $0.00 | $0.00 |
|  | Indiana Emergency Profeesionals | 7100-000 | $449.00 | $0.00 | $0.00 | $0.00 |
|  | OrthoIndy Hospital | 7100-000 | $652.73 | $0.00 | $0.00 | $0.00 |
|  | OrthoIndy Hospital | 7100-000 | $211.68 | $0.00 | $0.00 | $0.00 |
|  | Orthotic & Prosthetic Designs | 7100-000 | $318.00 | $0.00 | $0.00 | $0.00 |
|  | Verizon Wireless | 7100-000 | $334.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $18,573.45 | $6,942.71 | $6,942.71 | $2,122.32 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 18-91144-AKM | Trustee Name: | Charity S. Bird |
|---|---|---|---|
| Case Name: | HOELTKE, JEREMY DALE | Date Filed (f) or Converted (c): | 08/03/2018 (f) |
| For the Period Ending: | 1/14/2020 | §341(a) Meeting Date: | 09/12/2018 |
| | | Claims Bar Date: | 01/22/2019 |

| Ref. # | 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Value | 3<br>Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA =§ 554(a) abandon. | 5<br>Sales/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1995 GMC Sierra 1500 216000 miles | $424.00 | $0.00 | | $0.00 | FA |
| 2 | Household goods and furnishings | $800.00 | $0.00 | | $0.00 | FA |
| 3 | Sports equipment, cameras, bicycles and other hobby equipment | $300.00 | $0.00 | | $0.00 | FA |
| 4 | Wearing Apparel | $400.00 | $0.00 | | $0.00 | FA |
| 5 | Jewelry | $50.00 | $0.00 | | $0.00 | FA |
| 6 | Cash on hand | $20.00 | $0.00 | | $0.00 | FA |
| 7 | Checking Account Centra Credit Union | $100.00 | $0.00 | | $0.00 | FA |
| 8 | Savings Account Centra Credit Union | $10.00 | $0.00 | | $0.00 | FA |
| 9 | State Farm child | $200.00 | $0.00 | | $0.00 | FA |
| 10 | 2018 Prorated Federal Tax Refund (u) | $2,236.00 | $2,236.00 | | $4,845.00 | FA |

**TOTALS (Excluding unknown value)**

| | $4,540.00 | $2,236.00 | | $4,845.00 | **Gross Value of Remaining Assets**<br>$0.00 |

**Major Activities affecting case closing:**
06/12/2019   Ready for TFR review
05/08/2019   Refunded Debtor Exemption

Initial Projected Date Of Final Report (TFR): 06/30/2019     Current Projected Date Of Final Report (TFR): 08/30/2019     /s/ CHARITY S. BIRD
                                                                                                                         CHARITY S. BIRD

Page No: 1        Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 18-91144-AKM | Trustee Name: | Charity S. Bird |
|---|---|---|---|
| Case Name: | HOELTKE, JEREMY DALE | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7412 | Checking Acct #: | ******1144 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/3/2018 | Blanket bond (per case limit): | $48,364,291.00 |
| For Period Ending: | 1/14/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/28/2019 | | IRS | 2018 federal tax refund intercept | * | $4,845.00 | | $4,845.00 |
| | {10} | | Estate portion of federal tax refund    $2,945.12 | 1224-000 | | | $4,845.00 |
| | {10} | | Debtor's portion of federal tax refund    $1,899.88 | 1280-000 | | | $4,845.00 |
| 04/29/2019 | 1001 | JEREMY HOELTKE | Debtor's exemption from 2018 tax returns | 8100-002 | | $1,899.88 | $2,945.12 |
| 10/23/2019 | 1002 | Charity S. Bird | Trustee Expenses | 2200-000 | | $86.52 | $2,858.60 |
| 10/23/2019 | 1003 | Charity S. Bird | Trustee Compensation | 2100-000 | | $736.28 | $2,122.32 |
| 10/23/2019 | 1004 | Capital One Bank (USA), N.A. | Claim #: 1; Distribution Dividend: 30.57; Account Number: ; | 7100-000 | | $670.24 | $1,452.08 |
| 10/23/2019 | 1005 | IMC CREDIT SERVICES, LLC. | Claim #: 2; Distribution Dividend: 30.57; Account Number: ; | 7100-000 | | $1,452.08 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| | TOTALS: | $4,845.00 | $4,845.00 | $0.00 |
| | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | Subtotal | $4,845.00 | $4,845.00 | |
| | Less: Payments to debtors | $0.00 | $1,899.88 | |
| | Net | $4,845.00 | $2,945.12 | |

| For the period of 8/3/2018 to 1/14/2020 | | For the entire history of the account between 03/28/2019 to 1/14/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,845.00 | Total Compensable Receipts: | $4,845.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,845.00 | Total Comp/Non Comp Receipts: | $4,845.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,945.12 | Total Compensable Disbursements: | $2,945.12 |
| Total Non-Compensable Disbursements: | $1,899.88 | Total Non-Compensable Disbursements: | $1,899.88 |
| Total Comp/Non Comp Disbursements: | $4,845.00 | Total Comp/Non Comp Disbursements: | $4,845.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-91144-AKM | Trustee Name: | Charity S. Bird |
|---|---|---|---|
| Case Name: | HOELTKE, JEREMY DALE | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***7412 | Checking Acct #: | ******1144 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/3/2018 | Blanket bond (per case limit): | $48,364,291.00 |
| For Period Ending: | 1/14/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $4,845.00 | $4,845.00 | $0.00 |

**For the period of 8/3/2018 to 1/14/2020**

| | |
|---|---|
| Total Compensable Receipts: | $4,845.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,845.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,945.12 |
| Total Non-Compensable Disbursements: | $1,899.88 |
| Total Comp/Non Comp Disbursements: | $4,845.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/03/2018 to 1/14/2020**

| | |
|---|---|
| Total Compensable Receipts: | $4,845.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,845.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,945.12 |
| Total Non-Compensable Disbursements: | $1,899.88 |
| Total Comp/Non Comp Disbursements: | $4,845.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ CHARITY S. BIRD

CHARITY S. BIRD